UNITED STATES DISTRICT COURT 
DISTRICT OF CONNECTICUT

2003 OCT 20  A 11: 34

| | |
|---|---|
| SAVIN CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE SAVIN CENTER, P.C.,<br><br>　　　　　　　Defendant. | Index No. 3:02 CV 2297 (AVC)<br>HARTFORD CT |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this litigation respectfully move this Court for an Order extending the deadlines set forth in the Scheduling Order issued by this Court on June 30, 2003 ("the Scheduling Order"), for sixty additional days, for the following reasons:

1. On March 18, 2003, the Plaintiff Savin Corporation ("Plaintiff") served on the Defendant The Savin Center, P.C. ("Defendant") an Amended Complaint.

2. On April 28, 2003, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. The Motion to Dismiss is now fully briefed and is pending before this court.

4. Since the submission of the Motion to Dismiss, the parties have begun initial discovery in this litigation.

5. The parties respectfully submit that an extension of the time set forth in the Scheduling Order should be granted, as Defendant's Motion to Dismiss is still pending.

6.  This is the parties' first request for the enlargement of time of a scheduling order addressed to the Court.

WHEREFORE the parties respectfully request that this Court grant this Joint Motion To Amend Scheduling Order.

A proposed Amended Scheduling Order is attached to this Joint Motion.

| | |
|---|---|
| _____<br>David A. Einhorn (CT 09458)<br>James M. Andriola (CT 22742)<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1000<br><br>- and -<br><br>C. William Tanzi (CT 24560)<br>Anderson Kill & Olick, P.C.<br>Two Sound View Drive, Suite 100<br>Greenwich, CT 06830<br>(203) 622-7688<br><br>Attorneys for Plaintiff<br>Savin Corporation | _____<br>Pamela S. Chestek (CT 18354)<br>Cantor Colburn LLP<br>55 Griffin Road South<br>Bloomfield, Connecticut 06002<br>(860) 286-2929<br><br>- and -<br><br>Jeffrey D. Friedman, Esq.<br>Renne & Holtzman<br>100 Pine Street<br>San Francisco, CA 94111<br><br>Attorneys for Defendant<br>The Savin Center, P.C. |

:701619-1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAVIN CORPORATION,

                        Plaintiff,

    v.

THE SAVIN CENTER, P.C.,

                        Defendant.

Index No. 3:02 CV 2297 (AVC)

## AMENDED SCHEDULING ORDER

1. <u>All</u> discovery, including depositions of all witnesses, shall be completed by April 2, 2004;

2. The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before January 6, 2004, and depositions of any such experts shall be completed by February 3, 2004;

3. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before March 2, 2004, and depositions of any such experts shall be completed by April 2, 2004;

4. All motions, except motions in limine incident to a trial, shall be filed on or before May 7, 2004;

5. The parties shall file a joint trial memorandum in accordance with the pretrial order which order shall accompany the jury selection calendar, and be sent to the parties on July 30, 2004;

6. The case shall be ready for trial by August 29, 2004.

It is so ordered this __ day of October, at Hartford, Connecticut.

                                                       Alfred V. Covello, U.S.D.J.

:701786-1