UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE SAVIN CENTER, P.C.,<br><br>Defendant. | Index No. 3:02 CV 2297 (AVC) |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this litigation respectfully move this Court for an Order extending the deadlines set forth in the Scheduling Order issued by this Court on June 30, 2003 ("the Scheduling Order"), for sixty additional days, for the following reasons:

1. On March 18, 2003, the Plaintiff Savin Corporation ("Plaintiff") served on the Defendant The Savin Center, P.C. ("Defendant") an Amended Complaint.

2. On April 28, 2003, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. The Motion to Dismiss is now fully briefed and is pending before this court.

4. Since the submission of the Motion to Dismiss, the parties have begun initial discovery in this litigation.

5. The parties respectfully submit that an extension of the time set forth in the Scheduling Order should be granted, as Defendant's Motion to Dismiss is still pending.

GRANTED
Alfred V. Covello, U.S.D.J.
October 23, 2003.
SO ORDERED.