United States District Court
District of Connecticut
FILED AT        HARTFORD

Kevin F. Rowe, Clerk        20

By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAVIN CORPORATION,

                Plaintiff,

v.

THE SAVIN CENTER, P.C.,

                Defendant.

Index No. 3:02 CV 2297 (AVC)

## AMENDED SCHEDULING ORDER

1.      All discovery, including depositions of all witnesses, shall be completed by April 2, 2004;

2.      The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before January 6, 2004, and depositions of any such experts shall be completed by February 3, 2004;

3.      The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before March 2, 2004, and depositions of any such experts shall be completed by April 2, 2004;

4.      All motions, except motions in limine incident to a trial, shall be filed on or before May 7, 2004;

5.      The parties shall file a joint trial memorandum in accordance with the pretrial order which order shall accompany the jury selection calendar, and be sent to the parties on July 30, 2004;

6.      The case shall be ready for trial by August 29, 2004.

It is so ordered this _____ day of October, at Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.

:701786-1