UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 30 A  11:
U.S. DISTRICT COURT
HARTFORD, CT.

SAVIN CORPORATION,

                          Plaintiff,

v.

THE SAVIN CENTER, P.C.,

                          Defendant.

Index No. 3:02 CV 2297 (AVC)

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this litigation respectfully move this Court for an Order extending the deadlines concerning expert discovery and trial set forth in the Amended Scheduling Order issued by this Court on October 27, 2003 (the "Amended Scheduling Order") for the following reasons:

1. On March 18, 2003, the Plaintiff Savin Corporation ("Plaintiff") served on the Defendant The Savin Center, P.C. ("Defendant") an Amended Complaint.

2. On April 28, 2003, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. The Motion to Dismiss is now fully briefed and is pending before this court.

4. Since the submission of the Motion to Dismiss, the parties have conducted some fact discovery and intend to complete all fact discovery by April 2, 2004, which is the deadline for the completion of all discovery in the Amended Scheduling Order. By the instant motion, the

parties are asking the Court to extend only the dates for expert discovery and the dates for trial readiness and the submission of trial related materials. The parties submit that, because of the high cost of expert analysis and preparation of expert reports, it would not be prudent to commence expert discovery during the pendency of the Defendant's Motion to Dismiss.

5.  This is the parties' second request for the enlargement of time of a scheduling order addressed to the Court.

WHEREFORE the parties respectfully request that this Court grant this Joint Motion To Amend Scheduling Order.

A proposed Second Amended Scheduling Order is attached to this Joint Motion.

---

David A. Einhorn (CT 09458)
James M. Andriola (CT 22742)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

- and -

C. William Tanzi (CT 24560)
Anderson Kill & Olick, P.C.
Two Sound View Drive, Suite 100
Greenwich, CT 06830
(203) 622-7688

Attorneys for Plaintiff, Savin Corporation

---

Pamela S. Chestek (CT 18354)
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, Connecticut 06002
(860) 286-2929

- and -

Jeffrey D. Friedman, Esq.
Renne & Holtzman
100 Pine Street
San Francisco, CA 94111

Attorneys for Defendant, The Savin Center, P.C.