UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVIN CORPORATION, | Index No. 3:02 CV 2297 (AVC) |
| Plaintiff, | |
| v. | |
| THE SAVIN CENTER, P.C., | |
| Defendant. | |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to this litigation respectfully move this Court for an Order extending the deadlines concerning expert discovery and trial set forth in the Amended Scheduling Order issued by this Court on October 27, 2003 (the "Amended Scheduling Order") for the following reasons:

1. On March 18, 2003, the Plaintiff Savin Corporation ("Plaintiff") served on the Defendant The Savin Center, P.C. ("Defendant") an Amended Complaint.

2. On April 28, 2003, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3. The Motion to Dismiss is now fully briefed and is pending before this court.

4. Since the submission of the Motion to Dismiss, the parties have conducted some fact discovery and intend to complete all fact discovery by April 2, 2004, which is the deadline for the completion of all discovery in the Amended Scheduling Order. By the instant motion, the

GRANTED.
Alfred V. Covello, U.S.D.J.
December 31, 2003.
SO ORDERED.