UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAVIN CORPORATION,

                  Plaintiff,

    v.

THE SAVIN CENTER, P.C.,

                  Defendant.

Index No. 3:02 CV 2297 (AVC)

### SECOND AMENDED SCHEDULING ORDER

1. All fact discovery, including depositions of all witnesses, shall be completed by April 2, 2004;

2. The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before May 5, 2004, and depositions of any such experts shall be completed by June 7, 2004;

3. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before July 7, 2004, and depositions of any such experts shall be completed by August 9, 2004;

4. All motions, except motions in limine incident to a trial, shall be filed on or before September 9, 2004;

5. The parties shall file a joint trial memorandum in accordance with the pretrial order which order shall accompany the jury selection calendar, and be sent to the parties on November 15, 2004;

6. The case shall be ready for trial by December 16, 2004.

It is so ordered this 31st day of December, 2003, at Hartford, Connecticut.

                                                                Alfred V. Covello, U.S.D.J.