David A. Einhorn (CT 09458)
James M. Andriola (CT 22742)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

- and -

C. William Tanzi (CT 24560)
Anderson Kill & Olick, P.C.
Two Sound View Drive, Suite 100
Greenwich, CT 06830
(203) 622-7688

Attorneys for Plaintiff Savin Corporation

FILED

2004 JAN 14 A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| SAVIN CORPORATION, | Index No. 3:02 CV 2297 (AVC) |
|---|---|
| Plaintiff, | |
| v. | |
| THE SAVIN CENTER, P.C., | |
| Defendant. | |

### PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER STAYING ADDITIONAL DISCOVERY PENDING A RULING ON DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 26(c), the Plaintiff Savin Corporation ("Plaintiff") respectfully moves this Court for a protective order staying all further discovery in this matter, including the six (6) depositions currently noticed by Defendant The Savin Center, P.C.

NYDOCS1-712430.1

("Defendant"), until there is a resolution of the motion to dismiss filed by the Defendant, for the following good cause:

1.  On March 18, 2003, Plaintiff served on the Defendant its Amended Complaint.

2.  On April 28, 2003, Defendant filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Defendant's motion seeks dismissal of Plaintiff's Amended Complaint in its entirety.

3.  The Motion to Dismiss is now fully briefed and is pending before this court.

4.  Since submission of the motion, the following discovery has transpired: a) the exchange of discovery requests and interrogatories by the parties, as well as responses to same; b) the production of documents, including over 3,500 pages of documents by Plaintiff; c:) Fed. R. Civ. P. 30(b)(6) depositions of each party and d) small document productions from two non-parties. See the accompanying declaration of David A. Einhorn, Esq. ("Einhorn Decl.") at ¶ 3.

5.  On or about January 5, 2004, the Defendant served a notice of deposition of a non-party located in Santa Monica, California and had previously requested that Plaintiff provide deposition dates for five (5) additional corporate witnesses. See Einhorn Decl. at Exhibits 2 and 3. Since the parties met and conferred concerning the instant motion, Defendant formally noticed the five employee depositions. See Einhorn Decl. at Exhibit 4. Plaintiff submits that the added discovery currently proposed by Defendant would greatly increase the expense and burden of this litigation. Moreover, based on Plaintiff's voluminous document production and the day-long deposition of its corporate representative, the additional discovery sought from Plaintiff is likely to be substantially duplicative and/or redundant.

6.      While Plaintiff has strenuously opposed Defendant's motion to dismiss, Plaintiff submits that to undertake this additional and likely duplicative discovery at this stage would not only subject the parties to undue burden and expense, it could be completely wasteful given the potentially dispositive nature of Defendant's motion.

7.      As set forth in the accompanying memorandum of law, Courts in this Circuit regularly grant stays pending decisions on motions to dismiss in cases like the present one where the other party cannot claim prejudice as a result of such a stay.

8.      Plaintiff has in good faith conferred with Defendant in an effort to obtain Defendant's consent to the requested stay of proceedings, but Defendant has refused to agree to such a stay making the instant motion necessary. See Einhorn Decl. at ¶ 2 and Exhibit 1.

WHEREFORE, for all the foregoing reasons, Plaintiff respectfully requests that the Court grant a protective order staying all further discovery in this matter, including the six (6) depositions currently noticed by Defendant, until there is a resolution of the motion to dismiss filed by the Defendant, along with such other, further and different relief as the Court deems just, equitable and proper.

|  |  |
|---|---|
| Dated: January 13, 2004 | Anderson Kill & Olick, P.C.<br><br>By: _____<br>David A. Einhorn (CT 09458)<br>James M. Andriola (CT 22742)<br><br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1000<br><br>- and –<br><br>C. William Tanzi (CT 24560)<br>Anderson Kill & Olick, P.C.<br>Two Sound View Drive, Suite 100<br>Greenwich, CT 06830<br>(203) 622-7688<br><br>Attorneys for Plaintiff Savin Corporation |