UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Discovery Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**February 4, 2004**

**3:00 p.m.**

CASE NO. **3:02cv2297 (AVC) Savin Corp. V. Savin Center, PC**

James M. Andriola
Anderson Kill & Olick
Two Sound View Drive
Greenwich, CT 06830

Michael A. Cantor
Cantor & Colburn
55 Griffin Rd So.
Bloomfield, CT 06002

Pamela S. Chestek
Cantor & Colburn
55 Griffin Rd So.
Bloomfield, CT 06002

David A. Einhorn
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10022

Jeff D. Friedman
Renne & Holtzman
100 Pine St.
San Francisco, CA 94111

Michael J. Rye
Cantor & Colburn
55 Griffin Rd So.
Bloomfield, CT 06002

C. William Tanzi
Anderson Kill & Olick
Two Sound View Drive
Greenwich, CT 06830

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK