David A. Einhorn (CT 09458)
James M. Andriola (CT 22742)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

- and -

C. William Tanzi (CT 24560)
Anderson Kill & Olick, P.C.
Two Sound View Drive, Suite 100
Greenwich, CT 06830
(203) 622-7688

Attorneys for Plaintiff Savin Corporation

FILED

2004 JAN 14 A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| SAVIN CORPORATION, | |
|---|---|
| Plaintiff, | Index No. 3:02 CV 2297 (AVC) |
| THE SAVIN CENTER, P.C., | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER
STAYING ADDITIONAL DISCOVERY PENDING A RULING
ON DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 26(c), the Plaintiff Savin Corporation ("Plaintiff") respectfully moves this Court for a protective order staying all further discovery in this matter, including the six (6) depositions currently noticed by Defendant The Savin Center, P.C.

*[Margin annotations: "DENIED" / "Alfred V. Covello USDJ" / "January 16, 2004 SO ORDERED"]*

NYDOCS1-712430.1