FILED

2004 JAN 26 P 3: 32

U.S. DISTRICT COURT
HARTFORD, CT.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SAVIN CORPORATION )
        Plaintiff, )
)
v. ) Civil Action No.
) 3:02cv2297 (AVC)
THE SAVIN CENTER, P.C. )
        Defendant. )

### DEFENDANT'S MOTION FOR LEAVE TO AMEND THE ANSWER TO ADD A COUNTERCLAIM

NOW COMES the Defendant, The Savin Center, P.C. ("The Savin Center"), and moves this Honorable Court for leave to amend its Answer pursuant to Fed. R. Civ. P. 15(a) so as to bring a counterclaim for cancellation of the trademark registrations asserted by Plaintiff in its Amended Complaint.

As grounds therefor, The Savin Center relies on its accompanying Memorandum of Law in Support of Defendant's Motion For Leave To Amend The Answer To Add A Counterclaim and the Declaration Of Pamela S. Chestek In Support Of Defendant's

1

Motion For Leave To Amend The Answer To Add A Counterclaim, filed concurrently herewith.

> Respectfully Submitted,
> The SAVIN CENTER, P.C., Defendant
>
> By: _____
> Michael A. Cantor, Esq.
> Bar No. ct05524
> Michael J. Rye
> Bar No. ct18354
> Pamela S. Chestek
> Bar No. ct22480
> CANTOR COLBURN LLP
> 55 Griffin Road South
> Bloomfield, CT 06002
> Phone (860) 286-2929
> Fax (860) 286-0115
>
> Jeff D. Friedman, Esq.
> Renne & Holtzman
> Public Law Group
> 100 Pine Street
> San Francisco, CA 94111
> Phone: (415) 676-4496
> Fax: (415) 288-4528
>
> Defendant's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above DEFENDANT'S MOTION FOR LEAVE TO AMEND THE ANSWER TO ADD A COUNTERCLAIM has been sent via Federal Express this 26th day of January, 2004 to:

David A. Einhorn
James M. Andriola
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10022

_____
Pamela S. Chestek, Esq.