THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JAN 26 P 3: 32

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SAVIN CORPORATION<br>    Plaintiff, | )<br>)<br>) |
| v. | )  Civil Action No.<br>)  3:02cv2297 (AVC) |
| THE SAVIN CENTER, P.C.<br>    Defendant. | )<br>) |

DECLARATION OF PAMELA S. CHESTEK
IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE
TO AMEND THE ANSWER TO ADD A COUNTERCLAIM

I, Pamela S. Chestek, declare:

1. I am counsel of record for the Defendant and Plaintiff in Counterclaim, The Savin Center, P.C., in the above-captioned matter. I have personal knowledge of the matters stated herein, and if called as a witness, I could confidently testify to the following facts.

2. Tthe first documents provided by Plaintiff in response to the Defendant's Request for Production of Documents were received at our office on or about October 22, 2003. In those documents were portions of the file histories for U.S. Reg. Nos. 836,540, 1,174,900, 1,500,782, and 2,230,303 and a document entitled "Trademarks and Letters Patent Assignment."

3. I took the deposition of Michael Fishman, Executive Vice President of Wells Fargo Foothill, on January 20, 2004. Daniel J. Healy of Anderson Kill & Olick, L.L.P. attended on behalf of Savin Corp.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of January, 2004 at Bloomfield, Connecticut.

By: _____
Pamela S. Chestek

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy the above DECLARATION OF PAMELA S. CHESTEK IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO AMEND THE ANSWER TO ADD A COUNTERCLAIM has been sent first class mail, postage prepaid, this 26th day of January, 2004 to:

David A. Einhorn
James M. Andriola
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10022

Pamela S. Chestek, Esq.

2