THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAVIN CORPORATION | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:02cv2297 (AVC) |
| THE SAVIN CENTER, P.C. | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STRIKE ¶¶ 34-36, AND 39 OF THE AMENDED
COMPLAINT PURSUANT TO FED. R. CIV. P. 12(f)

---

NOW COMES the Defendant in this matter, The Savin Center, P.C., and requests that the Court strike ¶¶ 34-36, and 39 of Plaintiff's Amended Complaint under Federal Rule of Civil Procedure 12(f).

As grounds therefor, Defendant submits that the Plaintiff improperly alleged in its Amended Complaint references to discussions of compromise that are inadmissible pursuant to Fed. R. Evid. 408. The law is clear that such discussions of compromise are immaterial and are subject to a motion to strike pursuant to Fed. R. Civ. P. 12(f). Therefore, Plaintiff's improper allegations must stricken as immaterial.

ORAL ARGUMENT
REQUESTED

---

*Handwritten margin annotation (left side, rotated):* February 18, 2004. The motion to strike the enumerated paragraphs of the amended complaint on grounds that the allegations therein are immaterial and shielded from disclosure by Fed Rule of Evidence 408 is DENIED. The allegations speak to evidence that may be construed as evidence of settlement. However, because the allegations have not been made for purposes of proving liability, but for establishing bad faith, Fed. Rule of Evidence 408 offers no relief. SO ORDERED.

Alfred V. Covello, USDJ