

FILED

2004 JAN 26 P 3: 32

U.S. DISTRICT COURT
HARTFORD, CT.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SAVIN CORPORATION | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:02cv2297 (AVC) |
| THE SAVIN CENTER, P.C. | ) | |
|     Defendant. | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO AMEND THE ANSWER TO ADD A COUNTERCLAIM

NOW COMES the Defendant, The Savin Center, P.C. ("The Savin Center"), and moves this Honorable Court for leave to amend its Answer pursuant to Fed. R. Civ. P. 15(a) so as to bring a counterclaim for cancellation of the trademark registrations asserted by Plaintiff in its Amended Complaint.

As grounds therefor, The Savin Center relies on its accompanying Memorandum of Law in Support of Defendant's Motion For Leave To Amend The Answer To Add A Counterclaim and the Declaration Of Pamela S. Chestek In Support Of Defendant's



January 18, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello,

1