**EXHIBIT 2 TO AFFIRMATION**

## ASSIGNMENT OF TRADEMARK

THIS AGREEMENT, effective as of the date set forth below, by and between FOOTHILL CAPITAL CORPORATION, a California corporation having a place of business at 11111 Santa Monica Boulevard, Suite 1500, Los Angeles, California 90210 (hereinafter referred to as "Assignor") and SAVIN CORPORATION, a Delaware corporation having a place of business at 9 West Broad Street, Stamford, Connecticut 06904 (hereinafter referred to as "Assignee").

WHEREAS, Assignor is the owner of the entire right, title, and interest in and to the trademarks as set forth in Exhibit A hereto (hereinafter referred to as the "Trademark Rights"), pursuant to an Assignment of Trademarks from Assignee to Assignor, dated January 13, 1988; and

WHEREAS, Assignor desires to grant back to Assignee the ownership of said Trademark Rights and good will of the business in connection with which the same have been used;

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, Assignor has agreed to sell and has sold, assigned, transferred, and set over and by these presents does sell, assign, transfer, and set over unto Assignee and its successors and assigns all of Assignor's right, title, and interest in and to the Trademark Rights and the applications or registrations therefor, together with the good-will of the business in connection with which the said Trademark Rights have been used.

Date: _____2/16_____, 1995

FOOTHILL CAPITAL CORPORATION

By: /s/ Michael Fishman
Michael Fishman
Vice President

NY2-54854.

CONFIDENTIA

EXHIBIT A

SAVIN TRADEMARKS

| CASE | TRADEMARK | REGISTRATION/ APPLICATION | ISSUED/FILED | DECLARATION/ EXPIRATION |
|---|---|---|---|---|
| 7 | ELECTROMIX | R - 779,291 | I - 11/3/64 | X - 11/3/04 |
| 10 | SAVIN | R - 836,540 | I - 10/10/67 | X - 10/10/07 |
| 34 | SAVIN (logo) | R - 913,252 | I - 6/8/71 | X - 6/8/01 |
| 35 | SAVIN (new logo) | R - 939,352 | I - 8/1/72 | X - 8/1/02 |
| 66 | WORD MASTER | R - 975,892 | I - 1/1/74 | X - 1/1/04 |
| 72 | SAVIN (for WORD MASTER) | R - 1,014,386 | I - 6/24/75 | X - 6/24/95 |
| 95 | 770 COPIER | R - 1,075,867 | I - 10/25/77 | X - 10/25/97 |
| 103 | 780 COPIER | R - 1,080,273 | I - 12/27/77 | X - 12/27/97 |
| 134 | 760 COPIER | R - 1,102,034 | I - 9/12/78 | X - 9/12/98 |
| 147 | 755 COPIER | R - 1,115,204 | I - 3/20/79 | X - 3/20/99 |
| 159 | 790 COPIER | R - 1,143,198 | I - 12/16/80 | X - 12/16/00 |
| 183 | SAVIN (new logo) | R - 1,174,900 | I - 10/27/81 | X - 10/27/01 |
| 191 | 772 | R - 1,142,368 | I - 12/9/80 | X - 12/9/00 |
| 195 | 870 | R - 1,158,954 | I - 6/30/81 | X - 6/30/01 |
| 196 | 880 | R - 1,159,824 | I - 7/7/81 | X - 7/7/01 |
| 200 | 775 | R - 1,162,598 | I - 7/28/81 | X - 7/28/01 |
| 230 | 765 | R - 1,186,551 | I - 1/19/82 | X - 1/19/02 |
| 239 | 800 | R - 1,208,021 | I - 9/14/82 | X - 9/14/02 |
| 242 | 895 | R - 1,208,040 | I - 9/14/82 | X - 9/14/02 |
| 253 | LANDA PROCESS | R - 1,246,286 | I - 7/26/83 | X - 7/26/03 |
| 329 | SYSTEM 850 | R - 1,258,439 | I - 11/22/83 | X - 11/22/03 |
| 342 | 5020 | R - 1,321,916 | I - 2/26/85 | X - 2/26/05 |
| 343 | 5030 | R - 1,321,915 | I - 2/26/85 | X - 2/26/05 |
| 344 | 5040 | R - 1,321,914 | I - 2/26/85 | X - 2/26/05 |
| 385 | ELECTROINK | R - 1,316,402 | I - 1/29/85 | X - 1/29/05 |

NY2-54854.

CONFIDENTIAL

| CASE | TRADEMARK | REGISTRATION/ APPLICATION | ISSUED/FILED | DECLARATION/ EXPIRATION |
|---|---|---|---|---|
| 411 | 7020 | R - 1,399,281 | I - 7/1/86 | X - 7/1/06 |
| 412 | 7025 | R - 1,404,762 | I - 8/12/86 | X - 8/12/06 |
| 413 | 7035AD | R - 1,403,886 | I - 8/5/86 | X - 8/5/06 |
| 414 | 7040 | R - 1,399,280 | I - 7/1/86 | X - 7/1/06 |
| 415 | 7030 | R - 1,404,772 | I - 8/12/86 | X - 8/12/06 |
| 616 | ELECTRONIC EASEL | A - 577,036 | F - 1/10/86 | |
| 418 | 7015 | R - 1,405,636 | I - 8/19/86 | X - 8/19/06 |
| 420 | 7055 | R - 1,405,640 | I - 8/19/86 | X - 8/19/06 |
| 423 | V-35 | R - 1,419,883 | I - 12/9/86 | X - 12/9/06 |
| 424 | SAVIN (service mark) | R - 1,500,782 | I - 08/06/88 | X - 08/16/08 |
| 425 | 7010 | R - 1,478,433 | I - 03/01/88 | X - 03/01/08 |
| 426 | 7065 | R - 1,479,431 | I - 03/08/88 | X - 03/08/08 |
| | SAVINFAX | R - 1,514,474 | I - 11/29/88 | X - 11/29/08 |

NY2-54854.

CONFIDENTIAL