**EXHIBIT 3 TO AFFIRMATION**

M ED 3/12/96

| FORM PTO-1594 1-31-92 | RECORDATION FORM COVER SHEET **TRADEMARKS ONLY** | U.S. DEPARTMENT OF COMMERCE Patent and Trademark |

Tab settings ⇨ ⇨ ⇨ ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**

FOOTHILL CAPITAL CORPORATION

- ☐ Individual(s)
- ☐ General Partnership
- ☒ Corporation-State CALIFORNIA
- ☐ Other ____
- ☐ Association
- ☐ Limited Partnership

Additional name(s) of conveying party(ies) attached? ☐ Yes ☐ No

**2. Name and address of receiving party(ies):**

Name: SAVIN CORPORATION

Internal Address: ____

Street Address: 9 WEST BROAD STREET

City: STANFORD   State: CT   ZIP: 0690_

- ☐ Individual(s) citizenship ____
- ☐ Association ____
- ☐ General Partnership ____
- ☐ Limited Partnership ____
- ☒ Corporation-State DELAWARE
- ☐ Other ____

If assignee is not domiciled in the United States, a domestic representative designation is attached: ☐ Yes ☐ No
(Designations must be a separate document from Assignment)
Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance:**

- ☒ Assignment
- ☐ Security Agreement
- ☐ Other ____
- ☐ Merger
- ☐ Change of Name

Execution Date: DECEMBER 18, 1995

**4. Application number(s) or registration number(s):**

A. Trademark Application No.(s)

B. Trademark registration No.(s)

779,291 for ELECTROMIX

Additional numbers attached? ☒ Yes ☐ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: DAVID A. EINHORN

Internal Address: 44TH FLOOR

ANDERSON KILL OLICK & OSHINSKY, P.C.

Street Address: 1251 AVENUE OF THE AMERICAS

City: NEW YORK   State: NY   ZIP: 10020

**6. Total number of applications and registrations involved:** 36

**7. Total fee (37 CFR 3.41):** $ $915

- ☐ Enclosed
- ☒ Authorized to be charged to deposit account

**8. Deposit account number:** 01-1944

(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

**9. Statement and signature.**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

DAVID A. EINHORN         /s/ David A. Einhorn         3/11/96
Name of Person Signing    Signature                    Date

CONTINUATION OF ITEM 4
OF RECORDATION FORM COVER SHEET

| TRADEMARK | REGISTRATION | ISSUED/FILED |
|---|---|---|
| SAVIN | R - 836,540 | I - 10/10/67 |
| SAVIN (logo) | R - 913,252 | I - 6/8/71 |
| SAVIN (new logo) | R - 939,352 | I - 8/1/72 |
| WORD MASTER | R - 975,892 | I - 1/1/74 |
| SAVIN (for WORD MASTER) | R - 1,014,386 | I - 6/24/75 |
| 770 COPIER | R - 1,075,867 | I - 10/25/77 |
| 780 COPIER | R - 1,080,273 | I - 12/27/77 |
| 760 COPIER | R - 1,102,034 | I - 9/12/78 |
| 755 COPIER | R - 1,115,204 | I - 3/20/79 |
| 790 COPIER | R - 1,143,198 | I - 12/16/80 |
| SAVIN (new logo) | R - 1,174,900 | I - 10/27/81 |
| 772 | R - 1,142,368 | I - 12/9/80 |
| 870 | R - 1,158,954 | I - 6/30/81 |
| 880 | R - 1,159,824 | I - 7/7/81 |
| 775 | R - 1,162,598 | I - 7/28/81 |
| 765 | R - 1,186,551 | I - 1/19/82 |
| 800 | R - 1,208,021 | I - 9/14/82 |
| 895 | R - 1,208,040 | I - 9/14/82 |
| LANDA PROCESS | R - 1,246,286 | I - 7/26/83 |
| SYSTEM 850 | R - 1,258,439 | I - 11/22/83 |
| 5020 | R - 1,321,916 | I - 2/26/85 |
| 5030 | R - 1,321,915 | I - 2/26/85 |
| 5040 | R - 1,321,914 | I - 2/26/85 |
| ELECTROINK | R - 1,316,402 | I - 1/29/85 |

NY2-57664.
03/05/96 3:44pm

| TRADEMARK | REGISTRATION | ISSUED/FILED |
|---|---|---|
| 7020 | R - 1,399,281 | I - 7/1/86 |
| 7025 | R - 1,404,762 | I - 8/12/86 |
| 7035AD | R - 1,403,886 | I - 8/5/86 |
| 7040 | R - 1,399,280 | I - 7/1/86 |
| 7030 | R - 1,404,772 | I - 8/12/86 |
| 7015 | R - 1,405,636 | I - 8/19/86 |
| 7055 | R - 1,405,640 | I - 8/19/86 |
| V-35 | R - 1,419,883 | I - 12/9/86 |
| SAVIN (service mark) | R - 1,500,782 | I - 08/06/88 |
| 7010 | R - 1,478,433 | I - 03/01/88 |
| 7065 | R - 1,479,431 | I - 03/08/88 |
| | | |