**EXHIBIT 5 TO AFFIRMATION**

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 09, 2004

THE ATTACHED U.S. TRADEMARK REGISTRATION 836,540 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM   October 10, 1967
1st RENEWAL FOR A TERM OF 20 YEARS FROM   October 10, 1987
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  SAVIN CORPORATION
  A DE CORP

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

E. BORNETT
Certifying Officer

Int. Cls.: 1 and 9

Prior U.S. Cls.: 6 and 26

**United States Patent and Trademark Office**
Renewal

Reg. No. 836,540
Registered Oct. 10, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### SAVIN

SAVIN CORPORATION (DELAWARE CORPORATION)
9 WEST BROAD ST.
STAMFORD, CT 069042270, ASSIGNEE OF SAVIN BUSINESS MACHINES CORPORATION (NEW YORK CORPORATION) NEW YORK, NY

FOR: DEVELOPING LIQUID FOR OFFICE COPIERS, IN CLASS 6 (INT. CL. 1).

FIRST USE 4-0-1960; IN COMMERCE 4-0-1960.

FOR: PHOTOCOPY MACHINES AND COPY PAPER FOR PHOTOCOPY MACHINES, IN CLASS 26 (INT. CL. 9).

FIRST USE 4-0-1960; IN COMMERCE 4-0-1960.

SER. NO. 251,033, FILED 7-26-1966.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

836,540
Registered Oct. 10, 1967

## PRINCIPAL REGISTER
Trademark

Ser. No. 251,033, filed July 26, 1966

### SAVIN

Savin Business Machines Corporation (New York corporation)
161 6th Ave.
New York, N.Y.

For: DEVELOPING LIQUID FOR OFFICE COPIERS, in CLASS 6.

For: PHOTOCOPY MACHINES AND COPY PAPER FOR PHOTOCOPY MACHINES, in CLASS 26.

First use April 1960; in commerce April 1960.

PHILIP YARNALL, Examiner.