**EXHIBIT 6 TO AFFIRMATION**

## ANDERSON KILL & OLICK, P.C.

ATTORNEYS AND COUNSELLORS AT LAW

1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020-1182
(212) 278-1000
FAX (212) 278-1733

DAVID A. EINHORN
WRITER'S DIRECT LINE: (212) 278-1359

December 8, 1998

VIA FACSIMILE -- (703) 308-7185

Esther A. Belenker, Esq.
Senior Trademark Attorney
Law Office 103
U.S. Patent and Trademark Office
2900 Crystal Drive
Arlington, VA 22202-3513

Re: Application Ser. No. 75/373,019 for **SAVIN**

Dear Ms. Belenker:

Per our recent telephone conversation, a claim of Section 2(f) has been mistakenly inserted for the captioned application and this mark has been submitted to publication with said claim.

As we discussed, a Section 2(f) claim is not necessary for this mark, since Applicant Savin Corporation owns prior registrations for the mark SAVIN which are not based upon Section 2(f).

Therefore, please delete the Section 2(f) claim from the application for SAVIN, Ser. No. 75/373,019.

All the best.

Very truly yours,

David A. Einhorn

DAE:ls

NY2-163360.