**EXHIBIT 7 TO AFFIRMATION**

# UNITED STATES DEPARTMENT OF COMMERCE
## Patent and Trademark Office

JAN 26 1999

```
75/373019      0000000
DAVID A EINHORN
ANDERSON KILL & OLICK PC
1251 AVE OF THE AMERICAS
NEW YORK NY  10020-1182
```

PAPER NO.

ADDRESS:
Assistant Commissioner
for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

Please provide in all correspondence:

1. Filing Date, serial number, mark and Applicant's name.
2. Mailing date of this action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and ZIP code.

## EXAMINER'S AMENDMENT

| EXAMINING ATTORNEY | PERSON CALLED/INTERVIEWED | | TELEPHONE NUMBER |
|---|---|---|---|
| Esther A. Belenker | David A. Einhorn | | 212/278-1000 |
| X   TELEPHONE CALL | INTERVIEW DATE | X | ATTORNEY |
|     PERSONAL INTERVIEW | December 8, 1998 | | APPLICANT |

**CALL RECORD/NOTES**

RE: Serial Number 75/373019

In accordance with the authorization granted by the above Applicant or attorney, the application has been AMENDED as indicated below. No response is necessary unless there is an objection to the amendment.

<u>Section 2(f) Will Not Be Printed</u>
Reference to Section 2(f) will <u>not</u> be printed in any registration to issue from this application.

*Esther A. Belenker* (signature)

Esther A. Belenker
Senior Trademark Attorney
Law Office 103
(703) 308-9103, ext. 148
Fax: (703) 308-7185