David A. Einhorn (CT 09458)
James M. Andriola (CT 22742)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

- and -

C. William Tanzi (CT 24560)
Anderson Kill & Olick, P.C.
Two Sound View Drive, Suite 100
Greenwich, CT 06830
(203) 622-7688

Attorneys for Plaintiff Savin Corporation

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVIN CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>THE SAVIN CENTER, P.C.,<br><br>                    Defendant. | Index No. 3:02 CV 2297 (AVC) |

**CERTIFICATE OF SERVICE**

I certify that on February 18, 2004, copies of the following documents were caused to be served by Federal Express on Pamela Chestek, Esq., Cantor Colburn, L.L.P., 55 Griffin Road South, Bloomfield, CT 06002 and Jeffrey D. Friedman, Esq., Renne & Holtzman Public Law Group, 100 Pine Street, San Francisco, CA 94111:

:717486-1

1)   Memorandum of Law In Opposition To Defendant's Motion For Leave To Amend The Answer To Add A Counterclaim; and

2)   Affirmation of David A. Einhorn.

This 18th day of February, 2004.

_____
James M. Andriola

:717486-1