Case 3:02-cv-02297-AVC   Document 48   Filed 03/05/2004   Page 1 of 1

David A. Einhorn (CT 09458)
James M. Andriola (CT 22742)
Anderson Kill & Olick, P.C.
Two Sound View Drive
Greenwich, Connecticut 06830
(203) 622-7688

- and -

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10022
(212) 278-1000

A[ttorney]s for Plaintiff Savin Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

[SAVIN] CORPORATION,

   Plaintiff,

[SAV]IN CENTER, P.C.

   Defendant.

Case No. 302 CV 2297 (AVC)

### [MEM]ORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND THE ANSWER TO ADD A COUNTERCLAIM

Plaintiff Savin Corporation ("Savin") respectfully submits this memorandum of law in opposition to the motion of the Defendant The Savin Center, P.C.'s ("Defendant") for leave to amend the Answer to add counterclaims ("Motion"). Defendant's Motion should be denied because it is futile and fails to meet the standards of pleading as set out in Rules 8 and 9 of the Federal Rules of Civil Procedure ("FRCP").

:716212-2

---

[Handwritten margin note, rotated:]

March 5, 2004. As the court rendered an order granting the defendant's motion to amend prior to receipt of the within opposition memorandum to the motion to amend, the court shall construe this opposition memorandum as a Motion For Reconsideration. Having considered the merits of this motion, the court grants the motion-for-reconsideration. Because of the court's obligation to liberally grant leave to amend and, because the court is not persuaded that, at this juncture, the amendment would be futile, the relief requested is DENIED.

SO ORDERED.

[Signed] Alfred V. Covello, U.S.D.J.