# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

James M. Andriola, Esq.
(212) 278-1501
jandriola@andersonkill.com

*By Federal Express*

April 14, 2004

Honorable Alfred V. Covello
United States District Judge
United States District Court for the
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Re: Savin Corporation v. The Savin Center
3:02 CV 2297 (AVC)

Dear Judge Covello:

This firm represents the Plaintiff Savin Corporation ("Plaintiff") in the above referenced matter. According to the Second Amended Scheduling Order (the "Scheduling Order"), fact discovery concluded on April 2, 2004. Also according to the Scheduling Order, Plaintiff is required to designate trial experts and provide defendant's counsel with any expert reports by May 5, 2004.

We believe that this is an opportune time for the parties to appear for a settlement conference and/or mediate this matter before a magistrate judge, or other qualified judicial officer that the court may appoint. We would suggest that the court require a representative of the parties to appear, as well as a representative of the defendant's insurance company.

Based on the foregoing, Plaintiff respectfully requests that this matter be referred to an appropriate judicial officer for mediation as per the terms discussed above.

Plaintiff also requests that the time in which each of the parties are required to designate a trial expert and serve any expert reports be extended until after such time as the parties have had a chance to mediate this matter. As the Court is aware, expert discovery in a trademark case can be very expensive. Plaintiff submits

NYDOCS1-722761.1

April 15, 2004. Construed as a motion for referral of this matter to PJO READ MURPHY for a settlement conference, the motion is granted. To the extent the letter requests an extension of the deadlines set forth in the scheduling order, the parties must submit a motion articulating the specific milestones sought to be extended, and proposed dates for reaching such milestones.
SO ORDERED.

Alfred V. Covello
Alfred V. Covello, U.S.D.J.

2004 APR 15 P
U.S. DISTRICT COURT
HARTFORD CT

ANDERSON KILL & OLICK, P.C.

April 14, 2004
Page 2

that it would be wasteful to pay for such expert services at this time when there is a chance this case could be settled in mediation.

Respectfully submitted,

James M. Andriola

JMA
cc: Pamela S. Chestek, Esq. (By Federal Express)

NYDOCS1-722761.1