```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

             Settlement Conference Calendar
             Honorable J. Read Murphy, PJO
             450 Main Street, Hartford, CT

                Chambers Room #125 - Annex
```

**May 18, 2004**
**10:00 a.m.**

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

3:02CV02297 (AVC) <u>Savin Corp. V. Savin Ctr, PC</u>

| | |
|---|---|
| James M. Andriola<br>Anderson Kill & Olick - NY<br>1251 Avenue of the Americas<br>New York, NY 10020 | Michael J. Rye<br>Cantor & Colburn<br>55 Griffin Rd So.<br>Bloomfield, CT 06002 |
| Michael A. Cantor<br>Cantor & Colburn<br>55 Griffin Rd So.<br>Bloomfield, CT 06002 | C. William Tanzi<br>Anderson Kill & Olick<br>Two Sound View Drive<br>Suite 100<br>Greenwich, CT 06830 |
| Pamela S. Chestek<br>Cantor & Colburn<br>55 Griffin Rd So.<br>Bloomfield, CT 06002 | BY ORDER OF THE COURT<br><br>KEVIN F. ROWE, CLERK |
| David A. Einhorn<br>Anderson, Kill & Olick<br>1251 Avenue of the Americas<br>New York, NY 10022 | |
| Jeff D. Friedman<br>Renne & Holtzman<br>100 Pine St.<br>San Francisco, CA 94111 | |