UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE SAVIN CENTER, P.C.,<br><br>Defendant. | Index No. 3:02 CV 2297 (AVC) |

**PLAINTIFF'S MOTION TO EXTEND EXPERT DISCOVERY MILESTONES
IN THE SECOND AMENDED SCHEDULING ORDER**

Plaintiff Savin Corporation respectfully moves this Court for an Order extending the deadlines concerning expert discovery set forth in the Second Amended Scheduling Order issued by this Court on October 27, 2003 (the "Second Amended Scheduling Order") for the following reasons:

1.  By Order dated February 18, 2004, the Court denied the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendant The Savin Center, P.C. ("Defendant").

2.  The period for conducting fact discovery concluded in this matter on April 2, 2004.

3.  On April 15, 2004, the Court referred this matter for a settlement conference before PJO Murphy. PJO Murphy has not yet advised the parties when this conference will occur.

NYDOCS1-710661.1

4. Pursuant to the Second Amended Scheduling Order, Plaintiff is required to designate trial experts and provide reports from same by May 5, 2004. Plaintiff submits that it would be an unfair waste of time and money for Plaintiff to pay experts when there is an opportunity that the case may settle before PJO Murphy.

5. On or about April 19, 2004, James Andriola contacted counsel for Defendant in a good faith effort to reach an agreement on extending the expert discovery milestones. Defendant's counsel refused to extend the expert discovery milestones pending PJO Murphy's efforts to resolve this litigation without the incursion of expert fees. Defendant is apparently taking advantage of the fact that, under the Second Amended Scheduling Order, Defendant is not required to designate its expert(s) until July 7, 2004, which should be long after any settlement conference is conducted. Thus, unlike Plaintiff, Defendant is not put in the dilemma of paying experts at this time even though the case may settle.

6. Plaintiff respectfully submits that the Court should extend the existing expert discovery deadlines, so as to permit settlement discussions to go forward without prejudice to Plaintiff. If such prejudice is avoided, it is more likely the case can be resolved by PJO Murphy, and there is a "strong policy favoring settlements [in this Circuit]." Anita Founds, Inc. v. ILGWU Nat'l Ret. Fund, 902 F.2d 185, 190 (2d Cir. 1990).

7. During this litigation, the parties' jointly requested the enlargement of time of a scheduling order addressed to the Court on two separate occasions.

NYDOCS1-710661.1 :710661-1

WHEREFORE Plaintiff respectfully requests that this Court grant this Motion To Extend Expert Discovery Milestones In The Second Amended Scheduling Order.

A proposed Third Amended Scheduling Order is attached to this Motion. The proposed order also extends the trial dates set forth in the Second Amended Scheduling Order.

David A. Einhorn (CT 09458)
James M. Andriola (CT 22742)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

- and -

C. William Tanzi (CT 24560)
Anderson Kill & Olick, P.C.
Two Sound View Drive, Suite 100
Greenwich, CT 06830
(203) 622-7688

Attorneys for Plaintiff, Savin Corporation

NYDOCS1-710661.1 :710661-1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVIN CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE SAVIN CENTER, P.C.,<br><br>       Defendant. | Index No. 3:02 CV 2297 (AVC) |

## THIRD AMENDED SCHEDULING ORDER

  1. All fact discovery, including depositions of all witnesses, has been completed;

  2. The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before July 5, 2004, and depositions of any such experts shall be completed by August 9, 2004;

  3. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before September 9, 2004, and depositions of any such experts shall be completed by October 8, 2004;

  4. All motions, except motions in limine incident to a trial, shall be filed on or before November 9, 2004;

  5. The parties shall file a joint trial memorandum in accordance with the pretrial order which order shall accompany the jury selection calendar, and be sent to the parties on December 13, 2004;

  6. The case shall be ready for trial by January 16, 2005.

  It is so ordered this ___ day of April 2004, at Hartford, Connecticut.

                _____
                Alfred V. Covello, U.S.D.J.

NYDOCS1-710660.1

## CERTIFICATE OF SERVICE

I certify that on April 22, 2004, the foregoing PLAINTIFF'S MOTION TO EXTEND EXPERT DISCOVERY MILESTONES IN THE SECOND AMENDED SCHEDULING ORDER and THIRD AMENDED SCHEDULING ORDER was caused to be served by First Class Mail on the following:

> Pamela S. Chestek, Esq.
> Cantor Colburn, L.L.P.
> 55 Griffin Road South
> Bloomfield, CT  06002

> Jeffrey D. Friedman, Esq.
> Renne & Holtzman Public Law Group
> 100 Pine Street
> San Francisco, CA  94111

This 22nd day of April, 2004.

_____
James M. Andriola, Esq.

NYDOCS1-710661.1 :710661-1