THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 APR 27 A 11: 12
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| SAVIN CORPORATION<br>       Plaintiff, | )<br>)<br>) |
| v. | )  Civil Action No.<br>)  3:02cv2297 (AVC) |
| THE SAVIN CENTER, P.C.<br>       Defendant. | )<br>) |

### DEFENDANT'S LIMITED CONSENT TO THE PLAINTIFF'S MOTION TO EXTEND EXPERT DISCOVERY MILESTONES IN THE SECOND AMENDED SCHEDULING ORDER

On April 14, 2004, three weeks before its expert discovery deadline, the Plaintiff Savin Corp. filed a letter motion requesting an indefinite extension of the deadline, now set at May 5, 2004. The Court denied the motion and advised Savin Corp. that it must make the motion formally. Savin Corp. subsequently filed the instant motion on April 22, 2004 asking the Court to move its expert discovery deadline two months, from May 5, 2004 to July 5, 2004.

The Defendant did not assent to an indefinite extension of the expert discovery deadline because the Plaintiff has made multiple efforts to delay the ultimate resolution of this case. *See, e.g.*, Docket Nos. 31, 44. Further, as Savin Corp. was advised in the telephone conference on April 19, 2004, the Defendant, mindful of the discovery deadlines, has already begun work on its own expert discovery. Savin Corp. thus hopes to take advantage of the Court's generosity and avoid the expense of hiring an expert, while at the same time ensuring that the request comes at a time when it is too late for the Defendant to likewise benefit from the cost savings of a change in expert discovery deadlines.

1

Subsequent to counsel's Local Rule 37 conference, however, the Court scheduled a settlement conference for May 18, 2004. In light of the imminence of the settlement conference, the Defendant is willing to consent to an amended scheduling order setting the Plaintiff's expert discovery deadline three weeks after the settlement conference and adjusting the remaining deadlines accordingly. In this way, Savin Corp. will not be penalized by waiting to begin until after the settlement conference, but also will not be rewarded for making an untimely request. A proposed revised scheduling order is attached.

WHEREFORE, the Defendant respectfully requests that the Defendant's Proposed Third Scheduling Order be endorsed.

Respectfully Submitted,
The SAVIN CENTER, P.C., Defendant

By: _____
Michael J. Rye
Bar No. ct18354
Pamela S. Chestek
Bar No. ct22480
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Phone (860) 286-2929
Fax (860) 286-0115

Jeff D. Friedman, Esq.
Renne & Holtzman
Public Law Group
100 Pine Street
San Francisco, CA 94111
Phone: (415) 676-4496
Fax: (415) 288-4528

Defendant's Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAVIN CORPORATION,

               Plaintiff,

v.

THE SAVIN CENTER, P.C.,

               Defendant.

Index No. 3:02 CV 2297 (AVC)

## [PROPOSED] THIRD AMENDED SCHEDULING ORDER

1.    The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before June 1, 2004, and depositions of any such experts shall be completed by July 1, 2004;

2.    The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before August 2, 2004, and depositions of any such experts shall be completed by September 1, 2004;

3.    All motions, except motions in limine incident to a trial, shall be filed on or before October 4, 2004;

4.    The parties shall file a joint trial memorandum in accordance with the pretrial order which order shall accompany the jury selection calendar, and be sent to the parties on December 13, 2004;

5.    The case shall be ready for trial by January 17, 2005.

It is so ordered this __ day of _____, at Hartford, Connecticut.

_____
Alfred V. Covello, U.S.D.J.

:701786-1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy the above DEFENDANT'S MOTION FOR LEAVE TO AMEND THE ANSWER TO ADD A COUNTERCLAIM has been sent via Federal Express this 26th day of April, 2004 to:

David A. Einhorn
James M. Andriola
Anderson, Kill & Olick
1251 Avenue of the Americas
New York, NY 10022

                                                                   Pamela S. Chestek, Esq.