2004 APR 29 P 1: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAVIN CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE SAVIN CENTER, P.C.,<br><br>                    Defendant. | Index No. 3:02 CV 2297 (AVC) |

## [PROPOSED] THIRD AMENDED SCHEDULING ORDER

1. The plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before June 1, 2004, and depositions of any such experts shall be completed by July 1, 2004;

2. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts, as well as a damage analysis, if necessary, on or before August 2, 2004, and depositions of any such experts shall be completed by September 1, 2004;

3. All motions, except motions in limine incident to a trial, shall be filed on or before October 4, 2004;

4. The parties shall file a joint trial memorandum in accordance with the pretrial order which order shall accompany the jury selection calendar, and be sent to the parties on December 13, 2004;

5. The case shall be ready for trial by January 17, 2005.

It is so ordered this 28th day of _____April_____, at Hartford, Connecticut.

_____
Alfred V. Covello, U.S.D.J.

:701786-1