UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAVIN CORPORATION,

            Plaintiff,

v.

THE SAVIN CENTER, P.C.,

            Defendant.

Index No. 3:02 CV 2297 (AVC)

**PLAINTIFF'S MOTION TO EXTEND EXPERT DISCOVERY MILESTONES
IN THE SECOND AMENDED SCHEDULING ORDER**

Plaintiff Savin Corporation respectfully moves this Court for an Order extending the deadlines concerning expert discovery set forth in the Second Amended Scheduling Order issued by this Court on October 27, 2003 (the "Second Amended Scheduling Order") for the following reasons:

1. By Order dated February 18, 2004, the Court denied the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed by Defendant The Savin Center, P.C. ("Defendant").

2. The period for conducting fact discovery concluded in this matter on April 2, 2004.

3. On April 15, 2004, the Court referred this matter for a settlement conference before PJO Murphy. PJO Murphy has not yet advised the parties when this conference will occur.

NYDOCS1-710661.1

---

Granted to the extent articulated in the defendant's limited consent filing of this day (document no. 54). A third amended scheduling order, as proposed by the defendant, shall issue this day. SO ORDERED.

April 27, 2004.

Alfred V. Covello, U.S.D.J.