UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -9 A 11: 23
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| SAVIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:02 CV 2297 (AVC) |
| | ) | |
| THE SAVIN CENTER, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the claims set forth in the Amended Complaint of the Plaintiff Savin Corporation and the counterclaims set forth in the Petition to Cancel of the Defendant The Savin Center, P.C. are dismissed with prejudice, each side to bear its own costs and fees. This stipulated order of dismissal shall not bar either party from taking legal action with respect to future acts not covered by the parties' claims or counterclaims.

Respectfully submitted,

Anderson Kill & Olick, P.C.
Attorneys for Plaintiff
Savin Corporation
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

By: _____
David A. Einhorn

Dated: New York, New York
August 5, 2004

Respectfully submitted,

Cantor Colburn, LLP
Attorneys for Defendant
The Savin Center, P.C.
55 Griffin Road South
Bloomfield, Connecticut 06002
(508) 926-3414

By: _____
Pamela S. Chestek

Dated: Bloomfield, Connecticut
August 5, 2004

SO ORDERED:

_____
Alfred C. Covello, U.S.D.J.

NYDOCS1-739506.1